UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 6, 2014

MEMO TO COUNSEL RE: U.S. Equal Employment Opportunity Commission v.
Erie Strayer Company, et al.
Civil No. JFM-14-199

Dear Counsel:

I have reviewed the memoranda submitted in connection with Erie Strayer's motion to dismiss. I am today granting the motion, using the form submitted by Erie Strayer Company with its reply memorandum.

I have reviewed the memoranda submitted in connection with the Union's motion to dismiss (document 8). The motion is denied. I am satisfied that discovery is necessary before determining whether the Union agreed with Erie Strayer Company about the matters in dispute.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/ J. Frederick Motz

J. Frederick Motz
United States District Judge